IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2014 JUN 12 P 12: 27
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| MARTINE D. BOYD, | * |
| Plaintiff, | * |
| vs. | * Civil Action No.: 2:14-cv-591-MHT |
| ERMC, II, LP; WILLIAM VANDERBILT RODGERS, | * |
| Defendants. | * |

## NOTICE OF REMOVAL

Defendant, ERMC II, LP, hereby files its Notice of Removal of the above-described action to the United States District Court for the Middle District of Alabama, from the Circuit Court of Montgomery County, Alabama, Civil Action No.: 03-CV-2014-900829, which action was originally filed on or about May 9, 2014, where the action is now pending, and shows unto the Court the following:

1. The above-styled action was commenced in the Circuit Court of Montgomery County, Alabama and is now pending in that Court.

2. Defendant ERMC II, LP received a copy of the Plaintiff's Complaint setting forth the claims for relief upon which the action is now based on May 13, 2014. The time has not elapsed within which the Defendant is allowed to file this Notice of Removal to this Court. This notice is timely.

3. As required by 28 U.S.C. § 1446(a), copies of all process, pleadings, orders, and other papers or exhibits filed in the State Court are attached as Exhibit A.

1

4. This action was commenced against the Defendants, ERMC II, LP, and William Vanderbilt Rodgers, an individual, in the Circuit Court of Montgomery County, Alabama by the Plaintiff, and is of a civil nature. The Complaint alleges violations of the Plaintiff's rights under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000 et. seq. and state law counts of negligence and wantonness. The United States District Court for the Middle District of Alabama has original jurisdiction by reason of 28 U.S.C. § 1331 in that the action appears from the Plaintiff's Complaint to arise under the laws of the United States because the Plaintiff claims violations of her rights under Title VII of the Civil Rights Act of 1964. This is an action that can be removed to this District Court pursuant to 28 U.S.C. § 1441.

5. Defendant, ERMC II, LP is the only Defendant that has been properly served.

6. Defendant will give written notice of this filing as required by 28 U.S.C. § 1446(d).

WHEREFORE, the premises considered, the Defendant respectfully requests that this action proceed in this Court as an action properly removed to it.

                                                                          /s/ John W. Marsh
JOHN W. MARSH (asb-6290-h64m)
Attorney for Defendant
ERMC II, LP

OF COUNSEL:
**BALL, BALL, MATTHEWS & NOVAK, P.A.**
445 Dexter Avenue, Suite 9045 (36104)
Post Office Box 2148
Montgomery, Alabama 36102-2148
jmarsh@ball-ball.com
334/387-7680

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Martine D. Boyd
1026 S. Union Street
Montgomery, AL  36104

William V. Rodgers
3537 Ten Oaks Circle
Powder Springs, GA  30127


_____
OF COUNSEL