IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MARTINE D. BOYD, )<br>   )<br>   Plaintiff, )<br>   )<br>   v. )<br>   )<br>ERMC, II, LP, a foreign )<br>limited partnership, and )<br>WILLIAM VANDERBILT )<br>RODGERS, an individual and )<br>as supervisor to )<br>plaintiff, )<br>   )<br>   Defendants. ) | CIVIL ACTION NO.<br>2:14cv591-MHT<br>(WO) |

**JUDGMENT**

Counsel for the parties having orally informed the court that they agree, it is ORDERED that defendant William Vanderbilt Rodgers is dismissed without prejudice and terminated as a party, with no costs taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**This case is not closed.**

**DONE, this the 11th day of March, 2015.**

                         /s/ Myron H. Thompson
                     **UNITED STATES DISTRICT JUDGE**