IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MARTINE D. BOYD,              )
                              )
    Plaintiff,                )
                              )      CIVIL ACTION NO.
    v.                        )        2:14cv591-MHT
                              )            (WO)
ERMC, II, LP, a foreign       )
limited partnership,          )
                              )
    Defendant.                )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant ERMC, II, LP's motion for summary judgment (doc. no. 29) is granted as to plaintiff Martine D. Boyd's federal claim.

(2) Judgment is entered in favor of defendant ERMC, II, LP and against plaintiff Boyd, with plaintiff Boyd taking nothing by her federal claim.

(3) **The clerk of the court is to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is not closed.**

**DONE, this the 11th day of March, 2015.**

                          /s/ Myron H. Thompson
                          **UNITED STATES DISTRICT JUDGE**